NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MOHAMED MOSSAD,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | No. 26cv149 (EP)<br><br>**MEMORANDUM ORDER** |

**PADIN, District Judge.**

Plaintiff Mohamed Mossad seeks to appeal an adverse determination of the Social Security Administration denying his application for disability benefits.  D.E. 1 ¶¶ 6–12.  Mossad seeks to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a)(1).  D.E. 1-4 ("IFP Application").  There are two versions of the Application Proceed in District Court Without Prepaying Fees or Costs: a long form (AO 239) and a short form (AO 240).  The Court requires that Plaintiff submit the long form application to proceed IFP.  *Thompson v. Baraka*, No. 23-4290, 2023 WL 5237134, at *1–4 (D.N.J. Aug. 15, 2023).  Here, Mossad submitted the short form application to proceed IFP.  Accordingly,

**IT IS**, on this 30th day of  March , 2026, for the foregoing reasons,

**ORDERED** that Mossad's IFP Application, D.E. 1-4, is **DENIED *without prejudice***; and it is further

**ORDERED** that the Clerk of Court shall mark the complaint, D.E. 1, received; and it is further

**ORDERED** that the Clerk of Court shall **CLOSE** this action due to Mossad's failure to satisfy the filing fee requirement or alternatively submit a properly completed IFP application;[1] and it is further

**ORDERED** that the Clerk of Court shall provide Mossad with a blank Form AO 239 (DNJ-Pro Se-007-A-(Rev.01/2015)) by regular mail; and it is further

**ORDERED** that Mossad has **forty-five days** from the date of entry of this Order to submit a complete and accurate *in forma pauperis* application or pay the filing and administrative fees; and it is further

**ORDERED** that upon receipt of a complete and accurate *in forma pauperis* application or the payment of the filing and administrative fees, the Court will direct the Clerk of Court to reopen this case; and it is finally

**ORDRED** that the Clerk of Court shall serve a copy of this Order upon Mossad by regular U.S. mail.

/s/ Evelyn Padin
Evelyn Padin, U.S.D.J.

---

[1] The Commissioner of Social Security prematurely filed the Administrative Record pursuant to Supplemental Rule for Social Security Actions Under 42 U.S.C. § 405(g) 4(a).  Mossad's time to file his brief does not run until after he either pays the filing and administrative fee or until this Court grants a proper application to proceed *in forma pauperis*.